Glenn R. Kantor, Esq. State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
Beth A. Davis, Esq. State Bar No. 277560
 E-mail: bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
Marnie Gallup

Daniel W. Maguire Esq. State Bar No. 120002
 E-mail: dmaguire@bwslaw.com
Edith Sanchez Shea, Esq. State Bar No. 177578
 E-mail: EShea@bwslaw.com
BURKE WILLIAMS & SORENSON, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendant
The Lincoln National Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARNIE GALLUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF NETWORKED INSURANCE AGENTS and SEQUOIA INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO: CV12-00656 RMW<br><br>**STIPULATION AND []<br>ORDER TO CONTINUE FILING OF<br>JOINT REPORT AND CASE<br>MANAGEMENT CONFERENCE** |

1

STIPULATION AND [] ORDER TO CONTINUE FILING OF JOINT REPORT
AND CASE MANAGEMENT CONFERENCE

1   WHEREAS, Marnie Gallup ("Plaintiff") filed her Complaint on February 10, 2012;

2   WHEREAS, on February 10, 2012, the Court issued an Order Setting Scheduling

3   Conference, setting the Scheduling Conference for May 1, 2012 at 1:30 p.m.;

4   WHEREAS, on March 5, 2012, the Court issued an Order Reassigning the case to the

5   Honorable Ronald M. Whyte;

6   WHEREAS, on March 19, 2012, the Court issued an Order Setting Scheduling

7   Conference, setting the Scheduling Conference for May 4, 2012 at 10:30 a.m.;

8   WHEREAS, on April 4, 2012, Defendant filed a Joint Stipulation requesting an extension

9   of time to respond to the complaint;

10   WHEREAS, Defendant's Answer to the Complaint will not be due until April 30, 2012;

11   WHEREAS, Plaintiff's Counsel will be travelling outside of the state of California and

12   unavailable by telephone on May 4, 2012;

13   WHEREAS, Plaintiff requests rescheduling so that her attorney will be available and

14   Defendant requests some additional time to complete its filings, prior to preparing for and

15   conducting the Scheduling Conference on May 4, 2012;

1  NOW THEREFORE, IT IS HEREBY AGREED AND STIPULATED, by and between
2  Plaintiff and Defendant and through their respective counsel of record that the Scheduling
3  Conference currently scheduled for May 4, 2012 be continued to June 11, 2012, or later, and that
4  all related dates, including the filing of the Joint Report currently due on April 27, 2012, be
5  continued accordingly.

7  DATED:  April 23, 2012			KANTOR & KANTOR, LLP

9  				By: */s/ Glenn R. Kantor*
       				Glenn R. Kantor
       				Beth A. Davis
10      				Attorneys for Plaintiff Marnie Gallup

12  DATED:  April 23, 2012			BURKE WILLIAMS & SORENSON, LLP

13  				By: */s/ Edith Sanchez Shea*
       				Edith Sanchez Shea
14      				Attorneys for Defendants
       				The Lincoln National Life Insurance Company

1  **Order**

Having considered the stipulation filed by the parties on April __, 2012, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 4, 2012, at 10:30 a.m., is continued to June 37, 2012, at 32∹52"c0 0 and all related dates ctg"continued accordingly.

DATED: O c{"4, 2012.

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court