UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARNIE GALLUP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF NETWORKED INSURANCE AGENTS and SEQUOIA INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO. CV 12-00656 RMW<br><br>**() ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Defendant The Lincoln National Life Insurance Company has an extension of time and must answer or otherwise plead to Plaintiff's Complaint on or before May 7, 2012.

DATED: _____            _____
　　　　　　　　　　　　　　HON. RONALD M. WHYTE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE