1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11   MARNIE GALLUP,                        CASE NO. CV 12-00656 RMW

12              Plaintiff,                  **() ORDER RE**
                                            **STIPULATION FOR DISMISSAL**
13   v.                                     **OF ACTION WITH PREJUDICE**

14   THE LINCOLN NATIONAL LIFE
     INSURANCE COMPANY, GROUP
15   LONG TERM DISABILITY
     INSURANCE FOR EMPLOYEES
16   OF NETWORKED INSURANCE
     AGENTS and SEQUOIA
17   INSURANCE COMPANY,

18              Defendants.

19

20

21          Pursuant to the stipulation of the parties, the above-entitled action is hereby

22   dismissed with prejudice as to all defendants.  Each party shall bear its own fees

23   and costs.

24

25   DATED:

26

27   _____
                            Honorable Ronald M. Whyte
28                          United States District Court

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4818-9240-4497 v1                    - 1 -                CASE NO. CV 12-00656 RMW
                                                             () ORDER RE STIPULATION
                                                             FOR DISMISSAL WITH PREJUDICE