**E-FILED on 12/04/12**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARNIE GALLUP, | CASE NO. CV 12-00656 RMW |
| Plaintiff, | **() ORDER RE STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF NETWORKED INSURANCE AGENTS and SEQUOIA INSURANCE COMPANY, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: 12/04/12

*/s/ Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4818-9240-4497 v1

- 1 -

CASE NO. CV 12-00656 RMW
() ORDER RE STIPULATION
FOR DISMISSAL WITH PREJUDICE